## PROCEEDING MEMO

Date: 05/10/2017 10:00am

In re: Carl T. Fosnaught and Beth S. Fosnaught

Bankruptcy No. 16-23374-CMB
Chapter: 13
Doc. # 28

Appearances: Winnecour / Pail / Bedford / Katz; Abigail Stield; James Warnbroke,

Movant(s): Lauren M. Lamb

Respondents: James C. Warmbrodt

Creditor(s):

Nature of Proceeding: #28 Objection to Respondent's Claim 8-1

Additional Pleadings: Certificate of Service; #32 Response by WF 19 Grantor Trust

Judge's Notes:

Outcome: Objection withdrawn.

_____ Motion is GRANTED     _____ Order entered
_____ Motion is DENIED      _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
5/10/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA