Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Carl T. Fosnaught** | : | Case No. 16−23374−CMB |
| **Beth S. Fosnaught** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Issued Per July 6, 2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **7th day of July, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

      *Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23374-CMB
Carl T. Fosnaught                                                     Chapter 13
Beth S. Fosnaught
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Jul 07, 2017
                              Form ID: 309            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db/jdb          +Carl T. Fosnaught,    Beth S. Fosnaught,    305 Second Avenue,    Beaver Falls, PA 15010-4803
14287169        +Beaver County Tax Claim Bureau,    810 3rd Street,    Beaver, PA 15009-2139
14311456        +Big Beaver Falls Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
14361850        +Deutsche Bank National Trust et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,
                  Salt Lake City, UT 84165-0450
14356790        +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               EDI: RECOVERYCORP.COM Jul 08 2017 02:28:00      Recovery Management Systems Corporation,
                  25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14363693         EDI: PRA.COM Jul 08 2017 02:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14288918         EDI: RECOVERYCORP.COM Jul 08 2017 02:28:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14300564        +EDI: DRIV.COM Jul 08 2017 02:28:00      Santander Consumer USA,    PO BOX 560284,
                  Dallas, TX 75356-0284
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
cr               WF19 Grantor Trust
cr*             +Big Beaver Falls Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    WF19 Grantor Trust bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Big Beaver Falls Area School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Lauren M. Lamb    on behalf of Joint Debtor Beth S. Fosnaught
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Lauren M. Lamb    on behalf of Debtor Carl T. Fosnaught
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7