**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CARL T. FOSNAUGHT<br>BETH S. FOSNAUGHT<br>　　　　Debtor(s) | Case No.:16-23374 |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/09/2016  and confirmed on 12/19/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,200.00 |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 946.43 | |
| 　　Trustee Fee | 239.20 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,185.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　WF 19 GRANTOR TRUST<br>　　Acct: 2504 | 0.00 | 583.12 | 0.00 | 583.12 |
| 　DEUTSCHE BANK NATIONAL TRUST CO - T<br>　　Acct: 5788 | 0.00 | 1,536.85 | 0.00 | 1,536.85 |
| 　BEAVER COUNTY TAX CLAIM BUREAU**<br>　　Acct: 2000 | 2,510.59 | 0.00 | 0.00 | 0.00 |
| 　BEAVER COUNTY TAX CLAIM BUREAU**<br>　　Acct: 0011 | 1,258.69 | 0.00 | 0.00 | 0.00 |
| 　BEAVER COUNTY TAX CLAIM BUREAU**<br>　　Acct: 0011 | 673.88 | 0.00 | 0.00 | 0.00 |
| 　BEAVER FALLS MUNICIPAL AUTH<br>　　Acct: 2000 | 412.00 | 0.00 | 0.00 | 0.00 |
| 　BIG BEAVER FALLS ASD(BVR FALLS)RE<br>　　Acct: 2000 | 1,841.60 | 0.00 | 0.00 | 0.00 |
| 　BIG BEAVER FALLS ASD(BVR FALLS)RE<br>　　Acct: 1000 | 1,050.50 | 0.00 | 0.00 | 0.00 |
| 　DEUTSCHE BANK NATIONAL TRUST CO - T<br>　　Acct: 5788 | 2,508.05 | 0.00 | 0.00 | 0.00 |

| 16-23374 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | WF 19 GRANTOR TRUST<br>Acct: 2504 | 414.78 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 154.88 | 0.00 | 0.00 | 0.00 |
| | FEDERATED RETAIL HOLDINGS INC<br>Acct: 1669 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 377.65 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 1000 | 1,508.45 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 1,560.78 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: 2000 | 669.90 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 510.52 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 1000 | 585.47 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 777.70 | 0.00 | 0.00 | 0.00 |
| | BEAVER COUNTY TAX CLAIM BUREAU**<br>Acct: 0011 | 210.24 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 36.83 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 1000 | 33.17 | 0.00 | 0.00 | 0.00 |
| | BIG BEAVER FALLS ASD(BVR FALLS)RE<br>Acct: 2000 | 29.53 | 0.00 | 0.00 | 0.00 |
| | SANTANDER CONSUMER USA**<br>Acct: 1092 | 8,800.00 | 1,349.25 | 545.15 | 1,894.40 |
| | | | | | 4,014.37 |
| Priority | | | | | |
| | LAUREN M LAMB ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CARL T. FOSNAUGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | STEIDL & STEINBERG<br>Acct: | 4,000.00 | 946.43 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 7962 | 6,000.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | ANTHONY FOSNAUGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4709 | 736.90 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 9802 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES R WOOD ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT ONE BANK<br>Acct: 8698 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-23374 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 9144 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2793 | | | | |
| | EARL FOSNAUGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HERITAGE VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2233 | | | | |
| | HERITAGE VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2188 | | | | |
| | HERITAGE VALLEY PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9601 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0780 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SANTANDER CONSUMER USA** | 2,023.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 1092 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS            4,014.37

TOTAL CLAIMED
PRIORITY       6,000.00
SECURED      25,925.21
UNSECURED    2.760.83

Date: 09/19/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com